IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID LEE CHAFFIN, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, <br><br> Defendant. | Case No. 21-CV-43-JFH-JAR |

## ORDER

Before the Court is the Report and Recommendation [Dkt. No. 24] of United States Magistrate Judge Jason A. Robertson reviewing the decision of the Commissioner of the Social Security Administration to deny disability to David Lee Chaffin. The Magistrate Judge recommends the Commissioner's denial of benefits be reversed and the case remanded for further proceedings.

Neither party objected to the Magistrate Judge's Report and Recommendation within the 14-day period prescribed by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b). Having reviewed the Report and Recommendation, the Court concurs with the Magistrate Judge's recommendation, and accepts and adopts it as the order of the Court. On that basis, the decision of the Commission is REVERSED and the case REMANDED for further administrative proceedings.

Dated this 28th day of September 2022.

_____
JOHN F. HEIL, III
UNITED STATES DISTRICT JUDGE